UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY DEAN KELLY,

    Plaintiff,

v.                                      Case No. 3:25cv1947-MCR-HTC

BRYAN F. AYLSTOCK, et al.,

    Defendants.
_____/

ORDER

I hereby recuse myself from handling any proceedings in the above-styled case. The clerk is directed to randomly reassign this case to one of the other United States Magistrate Judges in this district and change the docket to reflect the reassignment.

DONE AND ORDERED this 14th day of October, 2025.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**