# RETURN OF SERVICE

## IN THE COUNTY COURT FOR THE FIRST JUDICIAL CIRCUIT IN AND FOR ESCAMBIA COUNTY

TO BE SERVED: BRYAN F. AYLSTOCK, ESQ. - AYLSTOCK, WITKIN, KREISS & OVERHOLTZ, PLLC

ADDRESS: 17 EAST MAIN STREET, SUITE 200, PENSACOLA, FL 32502

PLAINTIFF: RICKY DEAN KELLY
v.
DEFENDANTS: BRYAN F. AYLSTOCK, ET AL.

CASE NO.: 2025 CA 001560

RESPONSE DATE: 20 DAYS AFTER SERVICE OF SUMMONS & COMPLAINT

TYPE OF WRIT: SUMMONS AND COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL.

PROCESS SERVER ID #: 582    SERVER: Landon McKinnon

FOR:    Ricky Dean Kelly
        3772 Mark's Place
        Leland, NC 28451

I received this writ on the 14 day of October 2025 at 12:35 p.m. and served the same at 12:35 p.m. On the 14 day of October 2025, in Escambia County Florida, as follows:

☒ CORPORATE/SERVICE ON A STATUTORY OFFICER: By delivering a true copy of this writ, together with the initial pleadings, if any, with the date and hour of service endorsed thereon by me to: Kara Hood as: Operations Manager of the within-named corporation in the absence of any higher-ranking officer as defined in F.S. 48.081(1)(a), Florida Statutes.

I CERTIFY that I am a certified process server in the 1st Judicial Circuit, in the State of Florida and that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct.

Landon McKinnon
Certified Process Server 1st Judicial Circuit, #582
Escambia County, Florida

Page 1 of 1

FILED USDC FLND PN
OCT 22 '25 AM 9:50

RETURN OF SERVICE CASE NO: 2025 CA 001560

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

RICKY DEAN KELLY
     PLAINTIFF,

Vs.

CASE NO: 2025 CA 001560
DIVISION: F-CIVIL

BRYAN F. AYLSTOCK   ,et al.
   DEFENDANT,

SUMMONS PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT: BRYAN F. AYLSTOCK
    AYLSTOCK, WITKIN, KREISS & OVERHOLTZ, PLLC
    17 EAST MAIN STREET SUITE 200
    PENSACOLA, FL 32502

*10/14/2025 @ 12:35pm*
*LM #582*

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY:   RICKY DEAN KELLY
                                           3772 MARK'S PLACE
                                         LELAND, NC 28451

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

# RETURN OF SERVICE

## IN THE COUNTY COURT FOR THE FIRST JUDICIAL CIRCUIT IN AND FOR ESCAMBIA COUNTY

TO BE SERVED: <u>AYLSTOCK, WITKIN, KREISS & OVERHOLTZ, PLLC</u>

ADDRESS: <u>17 EAST MAIN STREET, SUITE 200, PENSACOLA, FL 32502</u>

PLAINTIFF: <u>RICKY DEAN KELLY</u>
v.
DEFENDANTS: <u>BRYAN F. AYLSTOCK, ET AL.</u>

CASE NO.: <u>2025 CA 001560</u>

RESPONSE DATE: <u>20 DAYS AFTER SERVICE OF SUMMONS & COMPLAINT</u>

TYPE OF WRIT: <u>SUMMONS AND COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL.</u>

PROCESS SERVER ID #: <u>582</u>     SERVER: <u>Landon McKinnon</u>

FOR:     Ricky Dean Kelly
3772 Mark's Place
Leland, NC 28451

I received this writ on the <u>14</u> day of <u>October</u> <u>2025</u> at <u>12:35 p.m.</u> and served the same at <u>12:35 p.m.</u> On the <u>14</u> day of <u>October 2025</u>, in <u>Escambia</u> County Florida, as follows:

☒ **CORPORATE/SERVICE ON A STATUTORY OFFICER:** By delivering a true copy of this writ, together with the initial pleadings, if any, with the date and hour of service endorsed thereon by me to: <u>Kara Hood</u> as: <u>Operations Manager</u> of the within-named corporation in the absence of any higher-ranking officer as defined in F.S. 48.081(1)(a), Florida Statutes.

I CERTIFY that I am a certified process server in the 1st Judicial Circuit, in the State of Florida and that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct.

_____
Landon McKinnon
Certified Process Server 1st Judicial Circuit, #582
Escambia County, Florida


FILED USDC FLND PN
OCT 22 '25 AM9:50

Page 1 of 1

RETURN OF SERVICE CASE NO: 2025 CA 001560

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

RICKY DEAN KELLY
    PLAINTIFF,

Vs.

CASE NO: 2025 CA 001560
DIVISION: F-CIVIL

BRYAN F. AYLSTOCK, et al.
    DEFENDANT,

10/14/2025 @ 12:35 pm

SUMMONS

LM #582

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in the above styled cause upon the defendant AYLSTOCK, WITKIN, KREISS & OVERHOLTZ, PLLC AKA 17 EAST MAIN STREET SUITE 200 PENSACOLA, FL 32502

Each defendant is hereby required to serve written defenses to said complaint on
    plaintiff's attorney(s), whose address is

    RICKY DEAN KELLY
    3772 MARK'S PLACE
    LELAND, NC 28451

within 20 days after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this 14th day of October, 2025
PAM CHILDERS
CLERK OF THE CIRCUIT COURT

By: _____
    Deputy Clerk

\* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

# **CERTIFICATION**

   I HERBY CERTIFY THAT THESE ARE TRUE AND ACCURATE COPIES OF THE SERVICE DOCUMENTS RECEIVED BY PLAINTIFF FROM THE PROCESS SERVER CONTAINING FOUR PAGES. FOR CASE NO. 3:25-CV-1947 TITLED KELLY V. AYLSTOCK.

THANK YOU KINDLY,

*[signature]*

RICKY DEAN KELLY
PRO-SE
3772 MERKS PLACE
LELAND, NC 28451
kellyricky@bellsouth.net
910-524-1747

Please file to
Case# 3:25 cv 1947

Clerk of Court
United States Courthouse
one north Palafox Street
Pensacola FL 32502

RCV'D USDC FLND PN
OCT 22 '25 AM 9:50  AB

Ricky D. Kelly
The Kelly's
3772 Merks Place
Leland, NC 28451



Clerk of Court
United States Courthouse
One north Palafox St.
Pensacola FL 32502

