UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY DEAN KELLY,
    Plaintiff,

vs.                                Case No.: 3:25cv1947/TKW/ZCB

BRYAN F. AYLSTOCK and
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ,
    Defendants.
_____/

## ORDER

Before the Court are Defendants' motions for leave to file affidavit under seal. (Docs. 21, 22). Defendants seek to file information from a confidential settlement between Plaintiff and 3M in the 3M MDL litigation under seal. (*Id.*).

For good cause shown, Defendants' "Motion[s] for Leave to File Affidavit Under Seal," (Docs. 21, 22), are **GRANTED**.

**DONE AND ORDERED** this 5th day of January 2026.

                                        /s/ *Zachary C. Bolitho*
                                        Zachary C. Bolitho
                                        United States Magistrate Judge