**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RICKY DEAN KELLY,**

**Plaintiff,**

**v.** **Case No. 3:25-cv-1947-TKW-ZCB**

**BRYAN F. AYLSTOCK and AYLSTOCK, WITKIN, KREISS & OVERHOLTZ,**

**Defendants.**
________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 34), Plaintiff's objection (Doc. 35), and Defendants' response to the objection (Doc. 37). Upon de novo review of the issues raised in the objection, the Court agrees with the magistrate judge's determination that the complaint fails to state a plausible claim for relief. The Court also agrees with Defendants that leave to amend should be denied on grounds of futility because, as persuasively explained in the Defendants' response to the objection, the additional facts set forth in Plaintiff's objection do cure the main problem with his legal malpractice and breach of fiduciary duty claims—a lack of proximate causation—or cure the pleading deficiencies in fraud claim.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss (Doc. 11) is GRANTED, and the complaint is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 14th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**